IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES CARY DAVIS,
                  Appellant,
      vs.
MARGARET THAYER,
                  Respondent.

No. 84966

FILED

JUL 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported judgment entered on March 29, 2022. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No written judgment appears to have been entered by the district court on March 29, 2022. *See* NRCP 58(c) (a judgment is entered when it is signed by the court, or the clerk if authorized, and filed with the clerk). To the extent appellant appeals from the March 29, 2022, minute order, a minute order is not effective and cannot be appealed. *Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."). And it

22-23085

does not appear that the district court has entered any appealable order in this matter. Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Joseph Hardy, Jr., District Judge
       Charles Cary Davis
       Bowen Law Offices
       Eighth District Court Clerk

---

[1]If aggrieved, appellant may file a new notice of appeal once the district court enters a final judgment.